# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1311

GENERAC POWER SYSTEMS, INC.,

Plaintiff-Appellant,

v.

KOHLER COMPANY,

Defendant-Appellee,

and

TOTAL ENERGY SYSTEMS, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 11-CV-1120, Judge J.P. Stadtmueller.

Authorized Abbreviated Caption[2]

GENERAC POWER SYSTEMS V KOHLER COMPANY, 2013-1311

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.