**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

GENERAC POWER SYSTEMS   v.   KOHLER COMPANY

No. 2013-1311

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se   ✓ As counsel for:   Generac Power Systems, Inc.
                                    Name of party

I am, or the party I represent is (select one):

___ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellant
✓ Appellant   ___ Appellee   ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant   ___ Respondent or appellee

My address and telephone are:

Name: H. Michael Hartmann
Law firm: Leydig, Voit & Mayer, Ltd.
Address: Two Prudential Plaza, Suite 4900, 180 N. Stetson Ave.
City, State and ZIP: Chicago, IL 60601-6731
Telephone: (312) 616-5600
Fax #: (312) 616-5700
E-mail address: mhartmann@leydig.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/01/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4-23-13                         /s/ H. Michael Hartmann
Date                            Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Apr 23, 2013  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Eley O. Thompson | /s/ Eley O. Thompson |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Leydig, Voit & Mayer, Ltd.

Address: Two Prudential Plaza, Suite 4900, 180 N. Stetson Ave.

City, State, ZIP: Chicago, IL 60601-6731

Telephone Number: (312) 616-5600

FAX Number: (312) 616-5700

E-mail Address: ethompson@leydig.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.