# United States Court of Appeals
## for the Federal Circuit

—————————————

2013-1311

GENERAC POWER SYSTEMS, INC.,

*Plaintiff-Appellant,*

v.

KOHLER COMPANY,

*Defendant-Appellee,*

and

TOTAL ENERGY SYSTEMS, LLC,

*Defendant-Appellee.*

—————————————

Appeal from the United States District Court
for the Eastern District of Wisconsin in case no. 11-CV-1120,
Judge J.P. Stadtmueller.

**PLAINTIFF-APPELLANT GENERAC POWER SYSTEMS, INC.'S
MOTION TO EXTEND TIME FOR FILING ITS INITIAL BRIEF**

H. Michael Hartmann
Eley O. Thompson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Ave.
Chicago, IL 60601
(312) 616-5600 (telephone)
(312) 616-5700 (facsimile)

*Counsel for Plaintiff-Appellant, Generac Power Systems, Inc.*

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Plaintiff-Appellant Generac Power Systems, Inc. ("Generac") hereby moves the Court to extend the time to file Generac's initial brief in the above-captioned appeal by sixty (60) days from the currently-scheduled June 7, 2013 due date, to and including August 6, 2013, and to adjust the subsequent briefing deadlines accordingly. A sixty-day extension of the briefing schedule outlined in Fed. R. App. P. 31 and Fed. Cir. R. 31 would call for the service and filing of Defendants-Appellees' response brief by September 16, 2013 and Generac's reply brief by September 30, 2013. This is Generac's first motion to extend time.

In support of its motion, Generac states:

1.    Generac's initial brief is currently due on June 7, 2013.

2.    Pursuant to Fed. Cir. R. 26(b)(1), this motion is timely filed because Generac brings this motion more than seven days before its initial brief is due.

3.    Generac has informed Defendants-Appellees Kohler Company ("Kohler") and Total Energy Systems, LLC ("Total Energy") of this motion and has sought their consent. Kohler and Total Energy have indicated that they do not oppose a sixty-day extension and do not plan to file a response in opposition to this motion.

4.    There is good cause for the Court to grant this motion for two reasons.

5.    First, another patent assigned to Generac (U.S. Patent 6,657,416, "the '416 patent") recently underwent reissue examination at the United States Patent &

Trademark Office ("USPTO").  The same substantive prior art as was asserted against the patent-in-suit was submitted to the USPTO during the reissue proceedings of the '416 patent, and none was found to negate patentability.  The '416 patent reissued as RE 44,084 on March 19, 2013.  *See* Exhibit A to the Declaration of Eley O. Thompson.  Generac anticipates that the outcome of the reissue proceeding may promote the possibility of settlement between the parties to this appeal.

6.     Second, the record in this case is voluminous and additional time is needed to review the record to prepare the initial brief.

7.     A sixty-day extension of time should not prejudice Kohler and Total Energy.

8.     No previous extensions of time have been sought or granted with respect to Generac's initial brief.

For the foregoing reasons, Generac respectfully requests that the Court grant its motion to extend the time for filing its initial brief by sixty days, from June 7, 2013, to and including August 6, 2013.

Dated:  May 7, 2013                    Respectfully submitted,

                                       /s/ Eley O. Thompson
                                       H. Michael Hartmann
                                       Eley O. Thompson
                                       LEYDIG, VOIT & MAYER, LTD.
                                       Two Prudential Plaza, Suite 4900

180 N. Stetson Ave.
Chicago, IL 60601-6731
(312) 616-5600 (telephone)
(312) 616-5700 (facsimile)

*Counsel for Plaintiff-Appellant,*
*Generac Power Systems, Inc.*

## <u>CERTIFICATE OF INTEREST</u>

I, Eley O. Thompson, counsel for Plaintiff-Appellant Generac Power

Systems, Inc., certify the following:

1.      The full name of every party or amicus represented by me is:

    Generac Power Systems, Inc.

2.      The name of the real party in interest (if the party named in the

caption is not the real party in interest) represented by me is:

    Generac Power Systems, Inc.

3.      All parent corporations and any publicly held companies that own 10

percent or more of the stock of the party or amicus curiae represented by me

are:

    Generac Holdings Inc. is the parent company of Generac Power
    Systems, Inc., and affiliates of CCMP Capital Advisors, LLC
    collectively beneficially own more than 10 percent of the outstanding
    common stock of Generac Holdings Inc.

4.      The names of all law firms and the partners or associates that

appeared for the party or amicus now represented by me in the trial court or

agency or are expected to appear in this Court are:

    H. Michael Hartmann
    Eley O. Thompson
    John K. Winn
    Michael J. Brandt
    LEYDIG, VOIT & MAYER, LTD.

Dated:  May 7, 2013                        Respectfully submitted,

                                           /s/ Eley O. Thompson

Eley O. Thompson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6731
(312) 616-5600 (telephone)
(312) 616-5700 (facsimile)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## GENERAC POWER SYSTEMS V. KOHLER COMPANY, 2013-1311

## DECLARATION OF ELEY O. THOMPSON

I, Eley O. Thompson, respectfully submit this declaration pursuant to Fed. Cir. R. 26(b)(5), to show good cause for extending the time to file Plaintiff-Appellant Generac Power System's Inc.'s ("Generac") initial brief, and hereby declare as follows:

1.    I am an attorney at Leydig, Voit & Mayer, Ltd. in Chicago, Illinois, and counsel for Generac in the above-captioned appeal.

2.    Generac has moved the Court for a sixty-day (60) extension of time to file its initial brief.

3.    Another patent assigned to Generac (U.S. Patent 6,657,416, "the '416 patent") recently underwent reissue examination at the United States Patent & Trademark Office ("USPTO").  The same substantive prior art as was asserted against the patent-in-suit was submitted to the USPTO during the reissue proceedings of the '416 patent, and none was found to negate patentability.  The '416 patent reissued as RE 44,084 on March 19, 2013 and is attached hereto as Exhibit A.  Generac anticipates that the outcome of the reissue proceeding may promote the possibility of settlement between the parties to this appeal.

4.    The record in this case is voluminous and additional time is needed to review the record to prepare the initial brief.

5.     An extension of time of sixty (60) days will not prejudice Defendants-Appellees Kohler Company and Total Energy Systems, LLC.

6.     No previous extensions of time have been sought or granted with respect to Generac's initial brief.

7.     I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing statements are true and correct.


Dated: May 7, 2013                          /s/ Eley O. Thompson
                                            Eley O. Thompson
                                            LEYDIG, VOIT & MAYER, LTD.
                                            Two Prudential Plaza, Suite 4900
                                            180 N. Stetson Avenue
                                            Chicago, IL 60601-6731
                                            (312) 616-5600 (telephone)
                                            (312) 616-5700 (facsimile)

**<u>EXHIBIT A</u>**

US00RE44084E

(19) **United States**

(12) **Reissued Patent** (10) Patent Number: **US RE44,084 E**
Kern et al. (45) Date of Reissued Patent: **Mar. 19, 2013**

(54) **CONTROL SYSTEM FOR STAND-BY ELECTRICAL GENERATOR**

(75) Inventors: **Robert D. Kern**, Waukesha, WI (US);
**Steven J. Wilcox**, Delafield, WI (US);
**Gerald C Ruehlow**, Oconomowoc, WI
(US); **Frank X. Wedel**, Lake Mills, WI
(US); **Graham McLean**, Lymm (GB);
**Phillip Harrison**, Lymm (GB);
**Hongping Zhou**, Preston (GB)

(73) Assignee: **Generac Power Systems, Inc.**,
Waukesha, WI (US)

(21) Appl. No.: **13/419,193**

(22) Filed: **Mar. 13, 2012**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,657,416**
Issued: **Dec. 2, 2003**
Appl. No.: **09/882,745**
Filed: **Jun. 15, 2001**

(51) **Int. Cl.**
**H02P 15/00** (2006.01)
**H02P 3/00** (2006.01)
(52) **U.S. Cl.** ..... **322/29**; 290/40 A; 290/40 R; 290/40 B;
307/7; 307/8; 307/57; 307/64; 322/10; 322/12
(58) **Field of Classification Search** .................... 322/10,
322/12, 29; 290/40 A, 40 B, 40 R; 307/7,
307/8, 57, 64
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,204,249 | A | * | 5/1980 | Dye et al. | ...................... 307/64 |
| 4,357,545 | A | * | 11/1982 | Le Grand et al. | ............. 307/130 |
| 4,651,019 | A | * | 3/1987 | Gilbert et al. | ................. 307/43 |
| 4,967,096 | A | * | 10/1990 | Diemer et al. | ............. 290/38 R |
| 5,323,328 | A | | 6/1994 | Tanaka | |

| | | | | | |
|---|---|---|---|---|---|
| 5,461,263 | A | * | 10/1995 | Helfrich | ........................ 307/64 |
| 5,465,011 | A | * | 11/1995 | Miller et al. | ................... 307/64 |
| 5,612,580 | A | * | 3/1997 | Janonis et al. | ................. 307/64 |
| 5,619,077 | A | * | 4/1997 | Green et al. | ................... 307/38 |
| 5,706,207 | A | | 1/1998 | Kurten et al. | |
| 5,734,255 | A | | 3/1998 | Thompson et al. | |
| 5,754,033 | A | * | 5/1998 | Thomson | ...................... 307/57 |
| 5,973,481 | A | * | 10/1999 | Thompson et al. | .............. 290/2 |
| 6,351,692 | B1 | | 2/2002 | Eaton et al. | |
| 6,633,799 | B2 | | 10/2003 | Krakovich et al. | |
| 6,697,951 | B1 | | 2/2004 | Sinha et al. | |

OTHER PUBLICATIONS

"Entelligent NST Bind 3.1—A LonWorks binding tool for enpower
controls", Encorp, Inc., Windsor, CO, Jun. 18, 2011, 96 pages.
Generac, Owner's Manual, DG 50 Genset, OC6147rev0, Jun. 6,
2001.
Generac, Owner's Manual, DG 50 Genset, OD2773rev0, Apr. 16,
2001.
Generac, Owner's Manual, DG 50 Genset, C7363rev2, Feb. 28,
2001.
Generac, Owner's Manual, DG 50 Genset, OE3611revB, Nov. 11,
2003.
Generac, Owners Manual, DG 50 Genset, OD9102revC, Aug. 26,
2003.
Generac, Owner's Manual, DG 50 Genset, OD8944revC, Aug. 26,
2003.
"Generator System Monitoring And Control For Window", Kohler
Power Systems, G6-38, Sep. 1998, 6 pages.

(Continued)

*Primary Examiner* — J. San Martin
(74) *Attorney, Agent, or Firm* — Boyle Fredrickson, S.C.

(57) **ABSTRACT**

A generator structure is provided for generating an AC power
for a load. The generator structure includes a generator con-
nectable to a load and an engine operatively connected to the
generator for driving the same. A generator controller is
operatively connected to the engine for controlling operation
thereof and operatively connected to a generator for control-
ling the AC power generated thereby. A communications link
connects the generator control to a network.

**21 Claims, 11 Drawing Sheets**



OTHER PUBLICATIONS

"Application of PLC's In Engine Generator Control Switchgear", Forste, Presentation for E.G.S.A., Cancun, Mexico, Sep. 19, 1995, 30 pages.

"Enpower-GPC Generator Power Control" Product Data Sheet, Encorp, Inc. 621 Ennovation Circle, Suite D, Windsor, CO 80550, 1996-1997, 4 pages.

"Enpower-MMC Meter/Monitor Control" Product Data Sheet, Encorp, Inc. 621 Ennovation Circle, Suite D, Windsor, CO 80550, 1996-1997, 4 pages.

"Enpower—UPC Utility Power Control" Product Data Sheet, Encorp, Inc. 621 Ennovation Circle, Suite D, Windsor, CO 80550, 1996-1997, 4 pages.

"Entelligent", http://encorp.com/html/entelligent.html, 1 page, Dec. 1997.

"Advanced, Utility-Grade Power Control Products", http://encorp.com/html/power_control.html, 2 pages, Dec. 1997.

The entelligent—VMM (Virtual Maintenance Monitor™), http://www.encorp.com/products/products_software/vmm/v . . . , May 2000, 2 pages.

"What is our Virtual Power Plant Solution", http://encorp.com/html/vpp_solution.html, 2 pages, Dec. 1997.

"The Encorp Virtual Power Plant Solution", Encorp, Inc. Windsor CO, 10 pages, Jun. 2012.

"'Peak Sharing' A Win-Win Solution to Reliably and Cost-Effectively Reduce System Peak Demands", http://encorp.com/html/win-win.html, Jan. 1998, 7 pages.

"New Products from Woodward", http://www.woodward.com/engine/newprod.htm, Jun. 2012, 2 pages.

"Entelligent VPP", Encorp, Inc., Windsor, CO, Oct. 9, 2000, 32 pages.

"Energy Automation Tools—A Suite of Programs for Configuring and Monitoring Empower Controls", Encorp, Inc., Windsor, CO, Apr. 25, 2000, 262 pages.

"Enpower Developers Guide—Building Custom Applications with enpower Controls", Encorp, Inc., Windsor, CO, Jun. 1, 2000, 450 pages.

"Enpower Hardware—A guide to enpower controls: revision 2.0 and above", Encorp., Inc., Windsor, CO, Jun. 1, 2000, 72 pages.

"Encorp, Inc. The Energy Automation Company", PowerPoint, 15 pages, undated.

"Release Notes for Enpower 3.0 Firmware Development—Date: Aug. 3, 2000—Control Platform: Revision 2 hardware" , Encorp, Inc., Windsor, CO.

"Gilder Group's Inaugural Powercosm Conference—the Virtual Power Plant in the Powercosm", PowerPoint, Coronado Island, CA—Jun. 15, 2000, 43 pages.

"Entelligent—VMM—Virtual Maintenance Monitor Software User Guide", Encorp, Inc., Windsor, CO, Jun. 22, 2012, 24 pages.

"Enpower-GPC with kW Sharing Software—User Guide—Standard Binding Set", Encorp, Inc., Windsor, CO, Feb. 27, 1998, 55 pages.

"Enpower Products, GPC/MMC/UPC, Installation And Configuration Guide", Encorp, Inc., Windsor, CO, Dec. 3, 1998, 50 pages.

"Entelligent NST Binding Software 3.0, LonWorks Binding Tool for enpower Controls", Encorp, Inc. Windsor, CO, Aug. 4, 1999, 95 pages.

"Virtual Maintenance Monitor—Developers Guide", Encorp, Inc., Windsor, CO, Aug. 14, 2001, 268 pages.

"Power Command Network—Smart Products, Intelligent Systems, Powerful Solutions", Onan Corporation, Sep. 1995 Bulletin PCN-007, 8 pages.

"Utility Deregulation and The Role of Standby Generators", Whitham, Jeff, Encorp. Inc., Power-Gen '96, Orlando, FL, Dec. 5, 1996, 4 pages.

"Integrated Gen-Set Controls For Peak Sharing Applications", Whitman, Diesel Progress Engines & Drives, May 1996, 2 pages.

"'Peak Sharing'—A Win-Win Solution to Reliably and Cost-Effectively Reduced System Peak Demands", Whitman, Encorp, Inc., Windsor, CO, undated, 8 pages.

"Enpower Hardware—A guide to enpower controls" revisins 2.0 and above, Encorp, Inc., Windsor, CO, Nov. 2, 2000, 81 pages.

"The Encorp Virtual Power Plan Solution", Slideshow, Jun. 4, 2012, 19 pages.

Drawings by Greg Miller, Encorp, Inc., Windsor, CO, Oct. 30, 1997, 3 pages.

"PowerCommand Paralleling Generator Set Control", Onan Corporation, Jan. 1996 Bulletin S-1005, 6 pages.

"Enpower Training Course" May 1-5, 1999, Slideshow, 51 pages.

"Arizona Corporation Commission Distributed Generation & Interconnection Workgroup Meeting—The Business Care for the Virtual Power Plant", Slideshow, Phoenix, AZ, Oct. 25, 1999, 47 pages.

"Energy Automation Tools—A suite of programs for configuring and monitoring enpower controls", Encorp, Inc., Apr. 30, 2000, 254 pages.

"Entelligent VPP Virtual Power Plant", Encorp, Inc., Nov. 3, 1999, 48 pages.

"Closed Transition Soft Load Automatic Transfer Switches Free Standing 800-4000 Amperes", Cutler-Hammer, Inc., 1999, 8 pages.

"Awaiting the Much Anticipated Arrival of Micro-generation?—An automotive-based engine—redesigned to be an efficient, durable natural-gas-fired genset—shows promise to become one of the first commercially available micro-generators", Salter et al, Prime Power, Consulting-Specifying Engineer's 1998, EGSA Supplement, 10 pages.

"Woodward Governor Company Engine Controls 1996 Complete Line Catalog", Woodward Engine Controls, 1995, 105 pages.

"EGCP-1 Engine Generator Control Package" Product Specification 03208, 99/10/F, Woodward, Fort Collins, CO, 1999, 4 pages.

"Wexler manufacturers powerful genset controllers!", www.wexler.co.il, Jun. 21, 2012, 2 pages.

"Software Operation, Monitoring and Control for Windows(r)—Decision-Maker 340 Genset Controller, M340 Transfer Switch Controller, M340+ Transfer Switch Controller, PM340 Power Monitor", Kohler Power Systems, TP-5972, Dec. 1998, 60 pages.

"Instructions for Cutler-Hammer Closed Transition Soft Load Generator Control Logic", IB4502TE0002, Cutler-Hammer, May 2001, 108 pages.

"Kohler Power Systems Selects Encorp Control System", http://encorp.com/newsroom/press_kohler/body_press_kohle . . . , Feb. 1, 2011, 2 pages.

"Onan PowerCommand Digital Paralleling: First, a breakthrough GenSet. Now, an innovation application." , Onan Corporation, Minneapolis, MN, Bulletin F-1122 Jul. 1995, 4 pages.

"PowerCommand Network—Real Time Monitoring and Control for Emergency Power Systems", Onan Corporation, Minneapolis, MN 55432, R-1089a, Oct. 1996, 2 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4a



FIG. 4b



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

**1**

## CONTROL SYSTEM FOR STAND-BY ELECTRICAL GENERATOR

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

### FIELD OF THE INVENTION

This invention relates generally to engine driven, electrical generators, and in particular, to a control system for controlling operation of the engine and the electrical generator driven therewith.

### BACKGROUND AND SUMMARY OF THE INVENTION

Electrical generators are used in a wide variety of applications. As is conventional, electrical generators utilize a single driving engine coupled to a generator or alternator through a common shaft. Upon actuation of the engine, the crankshaft rotates the common shaft so as to drive the alternator which, in turn, generates electrical power.

Typically, an individual electrical generator operates in either a stand-by mode or a parallel mode. In the stand-by mode, the electrical power provided by a utility is monitored such that if the commercial electrical power from the utility fails, the engine of the electrical generator is automatically started causing the alternator to generate electrical power. When the electrical power generated by the alternator reaches a predetermined voltage and frequency desired by the customer, a transfer switch transfers the load imposed by the customer from the commercial power lines to the electrical generator.

Alternatively, in the parallel mode, the electrical generator supplies electrical power in parallel with the utility grid. As such, the electrical power generated by the electrical generator must be synchronized with the commercial electrical power supplied by the utility. Typically, multiple items such as governors, voltage regulators and the like are required to synchronize the electrical power generated by the electrical generator with the commercial electrical power supplied by the utility. This additional equipment is provided in separate cabinet units from the electrical generator itself, which adds significantly to the cost of the electrical generator.

Therefore, it is a primary object and feature of the present invention to provide an electrical generator incorporating a control system which controls operation of the electrical generator in a stand-by mode or a parallel mode.

It is a further object and feature of the present invention to provide an electrical generator which has the ability to supply electrical power to a load independent of the utility grid, or which may supply electrical power in parallel with the utility grid.

It is a still further object and feature of the present invention to provide an electrical generator which is simple to operate and less expensive to manufacture than prior electrical generators.

In accordance with the present invention, a control system is provided for controlling operation of an engine driven, electrical generator. The electrical generator generates AC power and AC voltage for a load. The AC power has a magnitude and a power factor and the AC voltage has a magnitude and a frequency. The control system includes a generator control operatively connected to the engine for controlling

**2**

operation thereof and operatively connected to the generator for controlling the AC power generated thereby. A communications link operatively connects the generator control to a network.

A user interface is operatively connected to the network. The user interface allows the user to communicate with the generator control so as set predetermined operating parameters of the engine and the generator.

The control system may include a transfer switch having a first input connectable to a utility source for providing AC power, a second input operatively connected to the generator, and an output connectable to the load. The transfer switch is selectively movable between a first position connecting the utility source to the load and a second position connecting the generator to a load. The transfer switch is also operatively connected to the generator control such that the generator control controls movement of the transfer switch between the first and second positions.

It is contemplated to interconnect the load to a utility source which provides AC power having a magnitude and a power factor and AC voltage having a magnitude and a frequency. The control system includes a synchronizer for determining the magnitude and frequency of the AC voltage of the utility source and a magnitude and frequency of the AC voltage generated by the generator. The synchronizer is operatively connected to the generator control. The generator control varies the magnitude and frequency of the AC voltage generated by the generator to match the magnitude and frequency of the AC voltage provided by the utility source. A switch is operatively connected to the generator control and is movable between a first closed position for interconnecting the generator and the load and a second open position. The generator control moves the switch to the closed position in response to the magnitude and frequency of the AC voltage generated by the generator being generally equal to the magnitude and frequency of the AC voltage provided by the utility source.

The generator control may include a digital governor connectable to the engine for controlling the engine speed of the engine. The digital governor includes a throttle valve movable between a first opened position where the engine speed is at maximum and a second closed position where the engine speed is at minimum. The generator control may also include a volt-ampere-reactive (VAR) control for varying the power factor of the AC power generated by the generator to the predetermined level. In addition, the generator control includes a voltage regulator for controlling the magnitude of the AC voltage generated by the generator. An alarm system is connectable to the engine for monitoring various engine parameters. The alarm system communicates with the generator control and generates an alarm signal in response to a predetermined condition on the engine.

In accordance with a further aspect of the present invention, a generator structure is provided for generating AC power for a load. The generator structure includes a generator connectable to a load. The generator generates AC power having a magnitude and a power factor and an AC voltage having a magnitude and a frequency. An engine is operatively connected to the generator for driving the generator. The engine has an adjustable engine speed. A generator control is operatively connected to the engine for controlling operation thereof and is operatively connected to the generator for controlling AC power generated thereby. A communications link operatively connects the generator control to a network.

The generator structure may include a transfer switch having a first input connectable to a utility source for providing AC power, a second input operatively connected to the gen-

erator and an output connectable to the load. The transfer switch is selectively movable between a first position for connecting the utility source to the load and a second position for connecting the generator to the load. The transfer switch is operatively connected to the generator control such that the generator control controls movement of the transfer switch between first and second positions in response to AC power supplied by the utility source.

It is contemplated that the load be a utility source which provides AC power having a magnitude and a power factor and an AC voltage having magnitude and a frequency. The generator control includes a synchronizer for monitoring the magnitude and frequency of the AC voltage provided by the utility source and a magnitude and frequency of the AC voltage generated by the generator. The generator control varies the magnitude and frequency of the AC voltage generated by the generator to match the magnitude and frequency of the AC voltage of the utility source. The generator control may also include a volt-ampere-reactive (VAR) control for varying the power factor of the AC power generated by the generator.

A switch may be operatively connected to the generator control and be movable between a first closed position wherein the generator is connected to the utility source and a second open position. The generator control moves the switch to the closed position in response to the magnitude and frequency of the AC voltage generated by the generator being generally equal to the magnitude and frequency of the AC voltage provided by the utility source. The generator control includes a digital governor connected to the engine for controlling the engine speed of the engine. The digital governor includes a throttle valve which is movable between a first open position wherein the engine speed is at a maximum and a second closed position wherein the engine speed is at a minimum. A generator control includes a voltage regulator for regulating the magnitude of the AC voltage generated by the generator.

In accordance with a still further aspect of the present invention, a method is provided for providing AC power to a load. The method includes the steps of setting various operating parameters for a generator structure and transmitting the same to the generator structure over a network. AC power and AC voltage are generated with the generator structure in response to the various operating parameters set. The AC power has a magnitude and a power factor and the AC voltage has a magnitude and a frequency.

It is contemplated that the load be a utility source which provides AC power having a magnitude and a power factor and AC voltage having a magnitude and a frequency. The method includes the additional step of monitoring the magnitude and frequency of the AC voltage provided by the utility source and the magnitude and frequency of the AC voltage generated by the generator structure. The magnitude and frequency of the AC voltage generated by the generator structure is varied so as to match the magnitude and frequency of the AC voltage provided by the utility source. The generator structure and the utility source are interconnected in response to the magnitude and frequency of the AC voltage generated by the generator structure be generally equal to the magnitude and frequency of the AC voltage provided by the utility source.

In addition, the power factor of the AC power generated by the generator structure may be varied to a predetermined level and the AC voltage generated by the generator structure may be adjusted to a user selected magnitude.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings furnished herewith illustrate a preferred construction of the present invention in which the above advan-

tages and features are clearly disclosed as well as others which will be readily understood from the following description of the illustrated embodiment.

In the drawings:

FIG. 1 is a schematic view of a network system for controlling and managing the distribution of electrical power;

FIG. 2 is a schematic view of a first embodiment of a power generation system;

FIG. 3 is a schematic view of a second embodiment of a power generation system;

FIG. 4a is a schematic view of a generator structure for generating electrical power for the power generation system of FIG. 3;

FIG. 4b is a schematic view of the generator structure of FIG. 4a for the power generation system of FIG. 2;

FIG. 5 is a display screen for monitoring the supply and distribution of electrical power provided by the power generation systems of FIGS. 1 and 2;

FIG. 6 is a generator settings display screen for allowing the user to provide the generator settings for the generator structure of FIG. 4;

FIG. 7 is a command settings display screen for controlling the starting and stopping of the generator structure of FIG. 4;

FIG. 8 is a holiday settings display screen for allowing a user to specify days on which the generator structure of FIG. 4 is not operated;

FIG. 9 is a system setting display screen for allowing the user to specify the settings of the power generation system of FIGS. 2-3; and

FIG. 10 is a clock programming screen for allowing a user to program a day and a time for use with the screens of FIGS. 5-9.

## DETAILED DESCRIPTION OF THE DRAWINGS

Referring to FIG. 1, a network control system for controlling and monitoring a plurality of power generation systems is generally generated by the reference numeral 10. Each of the power generation systems is generally designated by the reference numeral 12. Each power generation system includes system controller 14 operatively connected to a plurality of generator panels 16 by serial communications link 18. Each generator panel 16 is operatively connected to a corresponding generator 20a and 20b, as hereinafter described.

As best seen in FIGS. 4a-4b, generator panel 16 is operatively connected an engine 22 and a corresponding generator 20a or 20b. It can be appreciated that the following description of generator panel 16 operatively connected to generator 20a will be understood to describe a second generator panel 16 operatively connected to generator 20b, as if fully described herein. Engine 22 receives fuel such as natural gas or liquid propane vapor through an intake. The fuel provided to engine 22 is compressed and ignited within the cylinders thereof so as to generate reciprocating motion of the pistons of engine 22. The reciprocating motion of the pistons of engine 22 is converted to rotary motion by a crankshaft. The crankshaft is operatively coupled to generator 20a through shaft 28 such that as the crankshaft is rotated by operation of engine 22, shaft 28 drives generator 20a which, in turn, converts the mechanical energy by engine 22 to electrical power on output 31 of generator 20a for transmission and distribution.

Digital governor 26 is operatively connected to throttle 24 which controls the volume of intake air to engine 22. As is known, digital governor 26 protects engine 22 from overspeed conditions and maintains engine 22 at a desired engine speed which, in turn, causes generator 20a to generate a

desired electrical power at a desired frequency. Digital governor **26** controls the engine speed of engine **22** by regulating the position of throttle **24**, and hence, the amount of fuel and air provided to the combustion chamber of engine **22**. As is known, throttle **24** is movable between a wide-open position wherein engine **22** runs at full power and a closed position wherein engine **22** runs at minimum power. Generator control **42** controls operation of digital governor **26**, and hence, throttle **24**, as hereinafter described.

As is conventional, generator **20**a generates AC voltage having a magnitude and a frequency and AC current having a magnitude and a frequency. In alternating current power transmission and distribution, the cosine of the phase angle (θ) between the AC voltage and the AC current is known as the power factor. The AC power generated by generator **20**a may be calculated in according to the expression:

$$P = I \times V \times \cos \theta$$

wherein P is the AC power; I is the root means square of the AC current; and V is the root means square of the AC voltage.

The magnitude of the AC output voltage of generator **20**a is monitored by voltage regulator **30**. As is conventional, generator **20**a includes an armature winding or exciter which controls the magnitude of the AC output voltage of generator **20**a. Voltage regulator **30** acts to increase or decrease the excitation of the exciter of generator **20**a to the degree needed to maintain the magnitude of the AC output voltage at a desired value.

It is contemplated to operatively connect engine **22** and generator **20**a to an alarm system **32**. Alarm system **32** monitors various operating conditions of engine **22** and generator **20**a and provides a warning if any of the operating conditions fall outside normal operating levels. In addition, alarm system **32** is operatively connected to generator control **42** such that generator control **42** may shut down generator **20**a in response to certain, predetermined alarm conditions on engine **22** and/or generator **20**a so as to prevent damage to power generation system **12**.

Referring to FIGS. **2** and **4**b, it is contemplated to connect generators **20**a and **20**b to corresponding loads **34** and **36**, respectively, through corresponding transfer switches **38**. Each transfer switch **38** isolates the electrical power supplied by a utility on supply line **40** from the electrical power supplied at outputs **31** of corresponding generators **20**a and **20**b. Electrical power supplied on supply line **40** is monitored such that if the electrical power from the utility fails, engines **22** are started by generator controls **42**, FIG. **4**b, in a conventional manner. With engines **22** of power generation systems **12** started, generators **20**a and **20**b generate electrical power, as heretofore described. When the electrical power generated by generators **20**a and **20**b reaches the magnitude and frequency desired by the user, generator control **42** through transfer switch control **33** causes transfer switches **38** to transfer loads **34** and **36** from supply line **40** to corresponding outputs **31** of generators **20**a and **20**b, respectively. In response to restoration of electrical power on supply line **40** by the utility, generator controls **42** through transfer switch controls **33** cause transfer switches **38** to transfer loads **34** and **36** from outputs **31** of generators **20**a and **20**b, respectively, to supply line **40**. Thereafter, engines **22** are stopped by corresponding generator controls **42**. By stopping engines **22**, generators **20**a and **20**b no longer generate electrical power.

Alternatively, referring to FIGS. **3** and **4**a, in the event of a power outage, generators **20**a and **20**b may be put in parallel with each other in order to supply electrical power to load **74**. Generators **20**a and **20**b are put in parallel with each other by

connecting outputs **31** of generators **20**a and **20**b to supply line **40**. However, prior to connecting outputs **31** of generators **20**a and **20**b to supply line **40**, it is necessary to match the magnitude of the AC output voltage of generator **20**a with the magnitude of the AC output voltage of generator **20**b. In addition, the outputs of generators **20**a and **20**b must be synchronized. In order to synchronize the outputs of generators **20**a and **20**b, the phase sequences and the frequencies of the outputs of generators **20**a and **20**b must be identical. Once synchronized, generator control **42** through transfer switch control **33** causes transfer switches **44**a and **44**b to close such that outputs **31** of generators **20**a and **20**b, respectively, are coupled to supply line **40**. Thereafter, supply line **40** is connected to load **74**, as hereinafter described.

It is also contemplated to put generators **20**a and **20**b in parallel with the utility by connecting outputs **31** of generators **20**a and **20**b to the utility. In order to put generators **20**a and **20**b in parallel with the utility, it is necessary to match the magnitude of the AC output voltages of generators **20**a and **20**b with the magnitude of the AC voltage of the utility. In addition, the outputs of generators **20**a and **20**b must be synchronized with the utility. In order to synchronize the outputs of generators **20**a and **20**b with the utility, the phase sequences and the frequencies of the outputs of generators **20**a and **20**b must be identical in phase and frequency with the utility.

Referring back to FIGS. **4**a and **4**b, by way of example, voltage matching is accomplished by voltage regulators **30** of generator panels **16**. Each voltage regulator **30** is supplied with the magnitude of the AC voltage provided by the utility, as hereinafter described, and thereafter, raises or lowers the AC voltage provided by corresponding generators **20**a or **20**b to precisely match the magnitude of the AC voltage provided by the utility under the control of corresponding generator controls **42** of generator panels **16**. As such, it is contemplated to operatively connect generator controls **42** of generator panels **16** to supply line **40** to monitor the utility. Synchronization is achieved by increasing or decreasing the engine speed, as heretofore described, such that phase sequence and the frequency of the AC outputs of generators **20**a and **20**b are identical to the phase and frequency supplied by the utility. Synchronizers **35** monitor the AC power provided by the utility and provide such information to corresponding generator controls **42**. Once synchronization is achieved, transfer switches **44**a and **44**b are closed by generator controls **42** through transfer switch controls **33** such that outputs **31** of generators **20**a and **20**b, respectively, are coupled to supply line **40**. Thereafter, supply line **40** is connected to the utility, as hereinafter described.

When generators **20**a and **20**b are connected in parallel with the utility, the AC output voltages of generators **20**a and **20**b cannot be varied by excitation of corresponding exciters of generators **20**a and **20**b. Excitation of exciters of generators **20**a and **20**b controls the power factors of the electrical power supplied by generators **20**a and **20**b to the utility. As such, the excitation of exciters of generators **20**a and **20**b when generators **20**a and **20**b are connected in parallel with the utility is known as volt-ampere-reactance (VAR) control, block **50**.

Further, when generators **20**a and **20**b are connected in parallel with the utility, the opening and closing of throttles **24** by digital governors **26** does not change the engine speeds of corresponding engines **22**. The opening and closing of throttles **24** increases the AC power supplied to the utility by generators **20**a and **20**b. As such, the opening and closing of throttles [**34**] *24* when generators **20**a and **20**b are connected in parallel with the utility is known as power control, block **52**.

7

Generator controls **42** of the generator panels **16** are operatively connected to serial communications link **18** by communication interfaces **56**. In the preferred embodiment, each communication interface **56** is a RS485. Referring to FIGS. **2** and **3**, serial communications link **18** allows system controller **14** to communicate with generator controls **42** of generator panels **16**. System controller **14** includes a microcontroller and a visual display. The microcontroller executes a software program which is displayed on the visual display of system controller **14**. The software program allows a user to monitor the electrical power supplied by the utility; to monitor various operating conditions of the engines and generators of the power generation systems **12**; and to control various operating parameters of power generation systems **12**.

Referring to FIG. **3**, in a first embodiment, system controller **14** is operatively connected by line **58** to the utility to monitor the utility and to measure the voltage and current provided by the utility. In addition, system controller **14** is operatively connected by line **59** to supply line **40** to monitor the electrical power supplied by generators **20**a and **20**b. System controller **14** is also operatively connected to switches **61** and **63** by lines **65** and **67** in order to control the opening and closing of switches **61** and **63**, for reasons hereinafter described. In an alternate embodiment, FIG. **2**, system controller **14** is connected by line **69** to the utility to monitor the utility and to measure the voltage and current provided by the utility.

The magnitudes of the voltage and current provided by the utility are displayed on display screen **60**, FIG. **5**. Display screen **60** includes voltage display **62** for displaying the magnitude of the rms voltage provided by the utility and current display **64** for displaying the magnitude of the rms current provided by the utility. System controller **14** calculates the power supplied by the utility and power factor of the power supplied and displays the same on display screen **60** at power display **66** and power factor display **68**, respectively.

Display screen **60** also includes utility icon **70** representing the utility, load icon **72** representing load **74**, and generator icons **76** and **78** representing corresponding generators **20**a and **20**b, respectively. Generator power displays **80** and **82** are positioned adjacent corresponding generator icons **76** and **78**, respectively, to display the power and power factor of the outputs of generators **20**a and **20**b. In addition, the total power provided by generators **20**a and **20**b is displayed by total power display **84**. Display screen **60** also includes a time display **86** for displaying the date and time, as well as, power connections having switch icons **88**a-d therein which represent the states of switches **61**, **63**, **44**a and **44**b, respectively, of FIG. **3**.

System controller **14** further includes generator settings screen **90**, FIG. **6**, for allowing a user to input a plurality of settings for generators **20**a and **20**b. Generator setting screen **90** includes number-of-generators input **92** for allowing a user to input the number of generators connected to communications link **18**. In addition, generator setting screen **90** includes inputs for identifying the generator (either generator **20**a or generator **20**b) for which the settings on the generator settings screen pertain **94**; the maximum kilowatts produced by the identified generator **96**; the recommended minimum kilowatts for efficient operation of the identified generator **98**; the maximum power which may be produced by the identified generator in volt-ampere-reactance **100**; the priority of operation of the identified generator as compared to the other generators of the power generation system **102**; and a slave address for the generator control **42** of generator panel **16** for

8

the identified generator **104**. Generator settings scroll bar **105** is provided for allowing a user to scroll through the settings for each generator.

Referring to FIG. **7**, system controller **14** further includes a command settings screen generally designated by the reference numeral **106**. Command settings screen **106** allows a user to input various parameters for starting and stopping generators **20**a and **20**b. Command settings screen **106** includes inputs for identifying: a command (by number) for operation of the generators (either generator **20**a and generator **20**b) **108**; a mode the user desires the generators to operate during a prescribed time period **110**; the maximum kilowatts to be produced by the generators or consumed from the utility during the prescribed time period depending on the mode selected by the user **112**; and a user selected limit for the power factor of the electrical power produced by the generators or consumed from the utility during the prescribed time period depending on the mode selected by the user **114**.

Command setting screen **106** also includes inputs for identifying the prescribed time period for which a user desires the generators to operate under the identified command. These inputs include a month **116** and a day **118** for starting the identified generator and a month **120** and a day **122** for stopping the generators. Inputs are also provided for an hour **124** and a minute **126** for starting the generators on each day for which the generators are intended to operate and an hour **128** and a minute **130** for stopping the generators on each day for which the generators are intended to operate. Inputs are also provided for identifying specific days of the week and holidays **132**a-h during the prescribed time period for which the generators are intended not to operate. Command scroll bar **131** is provided for allowing the user to scroll through each command.

Referring to FIG. **8**, system controller **14** further includes a holiday screen generally designated by the reference numeral **134**. Holiday screen **134** includes inputs for a user: to identify holidays (by number) on which generators **20**a and **20**b will not be operational **135**; and to specify a month **136** and a day **138** for each holiday identified. Holiday scroll bar **137** is provided for allowing the user to scroll through each holiday identified.

As best seen in FIG. **9**, system controller **14** includes a system settings screen generally designated by the reference numeral **142**. System settings screen **142** includes inputs for a user: to specify if a password is needed **144**a to connect system controller **14** to network **172**, for reasons hereinafter described, and if a password is needed **144**b to interconnect system controller **14** to serial communications link **18**; to specify a password **[146]** which must be entered by a user *at input 146* to gain access to screens of FIGS. **6-10**; to specify a current transformer ratio which steps down the current provided by utility so as to allow such current to be measured by the ammeter of system controller **14**; to specify a voltage scaling factor to calibrate the volt meter which measures the voltage provided by the utility **150**; and to specify a system voltage **152** to be generated by power generation system **12** (typically, the utility voltage).

Referring to FIG. **10**, a clock-programming screen is generally designated by the reference numeral **154**. Clock programming screen **154** includes a scrollable calendar display **156** for displaying a calendar to a user. In addition, the clock-programming screen **154** includes inputs for allowing a user to specify the month **158**, the day of the month **160**, the year **162**, the weekday **164**, the hour **166** and the minute **168**. The day and time inputted on clock-programming screen **154** are displayed by time display **86** on display screen **60**.

In operation, for each power generation system **12**, generator panels **16** and system controller **14** are connected to a common serial communications link **18**. Initially, a user inputs a plurality of settings for generators **20**a and **20**b on generator settings screen **90** and the various parameters for starting and stopping generators **20**a and **20**b on command settings screen **106** of system controller **14**, as heretofore described. In addition, the user enters the inputs heretofore described on holiday screen **134**, system settings screen **142**, and clock programming screen **154** of system controller **14**. Thereafter, in order to gain access to the various screens of system controller **14**, the user is prompted to enter the password provided at input **146** of system settings screen **142**. After obtaining access to the various screens of system controller **14**, the user may monitor power generation system **12** and/or may vary the inputs, as heretofore described.

With respect to power generation systems **12** of FIGS. **1-2** and **4b**, system controller **14** monitors the electrical power supplied to supply line **40** by the utility. The magnitude of the rms voltage provided by the utility and the magnitude of the rms current provided by the utility are displayed on display screen **60**, FIG. **5**. In addition, the power supplied by the utility and power factor of the power supplied are displayed on display screen **60**. Further, display screen **60** displays the date and time, as well as, the power connections of power generation system **12**.

If the electrical power from the utility fails, generator controls **42** of generator panels **16** start engines **22** such that generators **20**a and **20**b generate electrical power, as heretofore described. When the electrical power generated by generators **20**a and **20**b reaches the magnitude and frequency desired by the user, transfer switches **38** transfer loads **34** and **36** from supply line **40** to corresponding outputs **31** of generators **20**a and **20**b, respectively. The power and power factor of the outputs of generators **20**a and **20**b, as well as, the total power provided by generators **20**a and **20**b to loads **34** and **36**, respectively, are displayed on display screen **60**. Display screen **60** also updates the power connections of power generation system **12**.

In response to restoration of electrical power on supply line **40** by the utility, generator controls **42** of generator panels **16** cause transfers switches **38** to transfer loads **34** and **36** from outputs **31** of generators **20**a and **20**b, respectively, to the utility connected to supply line **40**. Thereafter, generator controls **42** stop corresponding engines **22** such that generators **20**a and **20**b no longer generate electrical power.

Alternatively, generators **20**a and **20**b may be placed in parallel with a utility by connecting outputs **31** of generators **20**a and **20**b to the utility through supply line **40**. As heretofore described, in order to put generators **20**a and **20**b in parallel with the utility, it is necessary to match the magnitudes of the AC output voltages of generators **20**a and **20**b with the magnitude of the AC voltage of the utility. In addition, the outputs of generators **20**a and **20**b must be synchronized with the utility such that the phase sequences and the frequencies of the outputs of generators **20**a and **20**b are identical in phase and frequency with the utility.

Once the outputs of generators **20**a and **20**b are synchronized with the utility and the magnitudes of the AC output voltages of generators **20**a and **20**b match of the AC voltage of the utility, generator controls **42** of generator [powers] *panels* **16** cause transfer switches **38** to close such that loads **34** and **36** are operatively connected to the utility through supply line **40** and to outputs **31** of generators **20**a and **20**b, respectively. The AC power and power factor provided by generators **20**a and **20**b, as well as, the total power provided by generators **20**a and **20**b, respectively, are displayed on display screen **60**.

Display screen **60** also updates the power connections of power generation system **12**. It can be appreciated that generator controls **42** of generator panels **16** control the power factors of the electrical power supplied by corresponding generators **20**a and **20**b and the AC power supplied by generators **20**a and **20**b, as heretofore described, in accordance with the inputs provided by a user on command settings screen **106**.

Referring to the embodiment of FIGS. **3** and **4a** in the event of a power outage, system controller **14** advises each of generator controls **42** of generator panels **16** accordingly. Generator controls **42** of generator panels **16** start engines **22** such that generators **20**a and **20**b generate electrical power, as heretofore described. When the electrical power generated by generators **20**a and **20**b reaches the magnitude and frequency desired by the user, transfer switches **44**a and **44**b close so as to connect supply line **40** to corresponding outputs **31** of generators **20**a and **20**b, respectively. Thereafter, system controller **14** opens switch **61** and closes switch **63** in order to connect supply line to load **74**, and to hence, transfer load **74** from the utility to generators **20**a and **20**b. The power and power factor provided by generators **20**a and **20**b, as well as, the total power provided by generators **20**a and **20**b to load **74**, are displayed on display screen **60**. Display screen **60** also updates the power connections of power generation system **12**.

In response to restoration of electrical power by the utility, system controller **14** advises generator controls **42** of generator panels **16** accordingly. Thereafter, system controller **14** closes switch **61** and opens switch **63** in order to connect the utility to load **74**. In addition, generator controls **42** of generator panels **16** open transfer switches **44**a and **44**b so as to disconnect the outputs **31** of generators **20**a and **20**b, respectively, from supply line **40**. Generator controls **42** stop corresponding engines **22** such that generators **20**a and **20**b no longer generate electrical power, or alternatively, system controller **14** returns to operating generators **20**a and **20**b, as provided by a user on command setting screen **106** Display screen **60** updates the information displayed thereon accordingly.

Alternatively, generators **20**a and **20**b may be placed in parallel with the utility by connecting outputs **31** of generators **20**a and **20**b to the utility through supply line **40**. As heretofore described, in order to put generators **20**a and **20**b in parallel with the utility, it is necessary to match the magnitudes of the AC output voltages of generators **20**a and **20**b with the magnitude of the AC voltage of the utility. In addition, the outputs of generators **20**a and **20**b must be synchronized with the utility such that the phase sequences and the frequencies of the outputs of generators **20**a and **20**b are identical in phase and frequency with the utility.

Once the outputs of generators **20**a and **20**b are synchronized with the utility and the magnitudes of the AC output voltages of generators **20**a and **20**b match of the AC voltage of the utility, transfer switches **44**a and **44**b close such that outputs **31** of generators **20**a and **20**b are connected to supply line [**74**] *40*. Thereafter, system controller **14** closes switch **63** in order to connect supply line **40** to the utility and to load **74**. The power and power factor provided by generators **20**a and **20**b, as well as, the total power provided by generators **20**a and **20**b to load **74**, are displayed on display screen **60**. Display screen **60** also updates the power connections of power generation system **12**.

It is contemplated that system controller **14** incorporate a load shedding feature such that if the electrical power from the utility fails and if the plurality of generators in power generation system **12** are inadequate to provide sufficient

**11**

electrical power to support load **74**, system controller **14** may disconnect a portion of load **74** from supply line **40**. A circuit breaker with a shunt trip is provided in series with portions of load **74**. If the electrical power from the utility fails, system controller **14** trips the circuit breaker and removes a corresponding portion of load **74** from the system. It is contemplated that multiple load shedding relays be provided and the system controller **14** only shed such portion of load **74** as necessary to allow the generators of power generation system **12** to provide adequate electrical power to the load. By way of example, if one or more of the plurality of electrical generators of power generation system **12** are off line, additional portions of the load may be shed in order to for the generators in operation to provide adequate electrical power to load **74**.

Referring back to FIG. **1**, it is contemplated that network system **10** include a network controller **170** which is operatively connected to a communication network **172** such as a telephone network, a computer network, the internet, or a combination for communication thereon. Network controller *170* includes a microprocessor and one or more visual displays. It is further contemplated to interconnect systems controller **14** to *the communication* network **172**, as heretofore described. It is contemplated that the microcontroller of network controller [**172**] *170* execute a software program so as to allow a user to access each system controller **14** and selectively display the screens, FIGS. **5**-**10** of the selected system controller **14** on the visual display of the network controller **170**. As such, the network system **10** allows for a single user to monitor several power generation systems **12** from a single locale and to control operation of these power generation systems **12** in the heretofore described. Consequently, a user is able to view the current operating conditions of each of the power generation systems **12**, as well as, configure system controllers **14** from the remote locale. In addition, the user can obtain detailed information from individual generators **20a** and **20b** from the remote locale.

Various modes of carrying out the invention are contemplated as being within the scope of the following claims particularly pointing out and distinctly claiming the subject matter which is regarded as the invention.

We claim:

**1**. A control system for controlling operation of an engine-driven, electrical generator which generates AC power and AC voltage having a magnitude and a frequency for a load, the load being operatively connected to a utility source which provides AC power having a magnitude and power factor and AC voltage having a magnitude and a frequency thereto, and the engine having an adjustable engine speed, comprising:

a generator control operatively connected to the engine for controlling operation thereof and operatively connected to the generator for controlling the AC power generated thereby;

a synchronizer operatively connected to [a] *the* generator control, the synchronizer monitoring the magnitude and frequency of the AC voltage of the utility source and the magnitude and frequency of the AC voltage generated by the generator; and

a communications link for operatively connecting the generator control to a network;

wherein the generator control adjusts the magnitude of the AC voltage generated by the generator and adjusts the engine speed of the engine to vary the frequency of the AC voltage generated by the generator such that the magnitude and frequency of the AC voltage generated by the generation matches the magnitude and frequency of the AC voltage of the utility source.

**12**

**2**. The control system of claim **1** further comprising a user interface operatively connected to the network, the user interface allowing a user to communicate with *the* generator control so as to set predetermined operating parameters of the engine and the generator.

**3**. The control system of claim **1** further comprising a transfer switch having a first input connectable to the utility source for providing AC power, a second input operatively connected to the generator, and an output connectable to an alternate load, the transfer switch is selectively movable between a first position connecting the utility source to the alternate load and a second position connecting the generator to the alternate load.

**4**. The control system of claim **3** wherein the transfer switch is operatively connected to the generator control such that the generator control controls movement of the transfer switch between the first and second positions.

**5**. The control system of claim **1** further comprising a switch operatively connected to the generator control and being movable between a first closed position for interconnecting the generator and the load and a second open position, the generator control moving the switch to the closed position in response to the magnitude and frequency of the AC voltage generated by the generator being generally equal to the magnitude and frequency of the AC voltage provided by the utility source.

**6**. The control system of claim **1** wherein the generator control includes a digital governor connectable to the engine for controlling the engine speed of the engine.

**7**. The control system of claim **6** wherein the digital governor includes a throttle valve, the throttle valve movable between a first open position wherein the engine generates maximum AC power and a second closed position wherein the engine generates minimum AC power.

**8**. The control system of claim **1** wherein the generator control includes a voltage regulator for controlling the magnitude of the AC voltage generated by the generator.

**9**. The control system of claim **1** further comprising an alarm system connectable to the engine for monitoring various engine parameters, the alarm system communicating with the generator control and generating an alarm signal in response to a predetermined condition on the engine.

**10**. A generator structure for generating AC power for a load, the load including a utility source which provides AC power having a magnitude and power factor and AC voltage having a magnitude and frequency, comprising:

a generator connectable to the load, the generator generating AC power having a magnitude and a power factor and AC voltage having a magnitude and a frequency;

an engine operatively connected to the generator for driving the generator, the engine having an adjustable engine speed;

a generator control operatively connected to the engine for controlling operation thereof and operatively connected to the generator for controlling the AC power generated thereby, the generator control including a synchronizer for monitoring the magnitude and frequency of the AC voltage provided by the utility source and the magnitude and frequency of the AC voltage generated by the generator wherein the generator control adjusts the magnitude of the AC voltage generated by the generator and adjusts the engine speed of the engine to vary the frequency of the AC voltage generated by the generator such that the magnitude and frequency of the AC voltage generated by the generator the magnitude and frequency of the AC voltage of the utility source; and

US RE44,084 E

13

a communications link for operatively connecting the generator control to a network.

**11**. The generator structure of claim **10** further comprising a transfer switch having a first input connectable to a utility source for providing AC power, a second input operatively connected to the generator, and an output connectable to an alternate load, the transfer switch selectively movable between a first position for connecting the utility source to the alternate load and a second position for connecting the generator to the alternate load.

**12**. The generator structure of claim **11** wherein the transfer switch is operatively connected to the generator control such that the generator control controls movement of the transfer switch between the first and second positions in response to the AC power supplied by the utility source.

**13**. The generator structure of claim **10** further comprising a switch operatively connected to the generator control and being movable between a first closed position wherein the generator is connected to the utility source and a second open position, the generator control moving the switch to the closed position in response to the magnitude and frequency of the AC voltage generated by the generator being generally equal to the magnitude and frequency of the AC voltage provided by the utility source.

**14**. The generator structure of claim **10** wherein the generator control includes a digital governor connectable to the engine for controlling the engine speed of the engine.

**15**. The generator structure of claim **14** wherein the digital governor includes a throttle valve, the throttle valve movable between a first open position wherein the engine generates maximum AC power and second closed position wherein the engine generates minimum AC power.

**16**. The generator structure of claim **10** wherein the generator control includes a voltage regulator for regulating the magnitude of the AC voltage generated by the generator.

**17**. A control system for controlling operation of an engine-driven, electrical generator which generates AC power and AC voltage having a magnitude and a frequency for a load, the load being operatively connected to a utility source which provides AC power having a magnitude and power factor and AC voltage having a magnitude and a frequency thereto, and the engine having an adjustable engine speed, comprising:

a generator control operatively connected to the engine for controlling operation thereof and operatively connected to the generator for controlling the AC power generated thereby, the generator control including a volt-ampere-reactive (VAR) control for varying the power factor of the AC power generated by the generator to a predetermined value;

a synchronizer operatively connected to [a] *the* generator control, the synchronizer monitoring the magnitude and frequency of the AC voltage of the utility source and the magnitude and frequency of the AC voltage generated by the generator; and

a communications link for operatively connecting the generator control to a network;

wherein the generator control varies the magnitude and frequency of the AC voltage generated by the generator to match the magnitude and frequency of the AC voltage of the utility source.

14

**18**. A generator structure for generating AC power for a load, the load including a utility source which provides AC power having a magnitude and power factor and AC voltage having a magnitude and frequency, comprising:

a generator connectable to the load, the generator generating AC power having a magnitude and a power factor and AC voltage having a magnitude and a frequency;

an engine operatively connected to the generator for driving the generator, the engine having an adjustable engine speed;

a generator control operatively connected to the engine for controlling operation thereof and operatively connected to the generator for controlling the AC power generated thereby, the generator control including a volt-ampere-reactive (VAR) control for varying the power factor of the AC power generated by the generator;

the generator control including a synchronizer for monitoring the magnitude and frequency of the AC voltage provided by the utility source and the magnitude and frequency of the AC voltage generated by the generator such that the generator control the magnitude and frequency of the AC voltage generated by the generator the magnitude and frequency of the AC voltage of the utility source; and

a communications link for operatively connecting the generator control to a network.

**19**. A method of providing AC power to a load, the load including a utility source which provides AC power having a magnitude and a power factor and an AC voltage having a magnitudes and a frequency, comprising the steps of:

setting various operating parameters for a generator structure and transmitting the same to the generator structure over a network; and

generating AC power and AC voltage with a generator structure in response to the various operating parameters set, the AC power having a magnitude and a power factor and the AC voltage having a magnitude and a frequency;

monitoring the magnitude and the frequency of the AC voltage provided by the utility source and the magnitude and the frequency of the AC voltage generated by the generator structure;

varying the magnitude and the frequency of the AC voltage generated by the generator structure to match the magnitude and the frequency of the AC voltage provided by the utility source, and

interconnecting the generator structure to the utility source in response to the magnitude and the frequency of the AC voltage generated by the generator structure being generally equal to the magnitude and the frequency of the AC voltage provided by the utility source.

**20**. The method of claim **19** comprising the additional step of varying the power factor of the AC power generated by the generator structure to a predetermined value.

**21**. The method of claim **19** comprising the additional step of adjusting the magnitude of the AC voltage generated by the generator structure to a user selected magnitude.

\*    \*    \*    \*    \*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on May 7, 2013 PLAINTIFF-

APPELLANT GENERAC POWER SYSTEMS, INC.'S MOTION TO EXTEND

TIME FOR FILING ITS INITIAL BRIEF using the Court's CM/ECF filing

system.  The following counsel registered with the Court's CM/ECF filing system

have been served by operation of the electronic filing per Fed. R. App. P. 25 and

Rule ECF-6(A) of the Court's May 17, 2012 Administrative Order:

> Jonathan H. Margolies
> Katherine W. Schill
> Richard M. Marschall
> Melanie J. Reichenberger
> MICHAEL BEST & FRIEDRICH LLP
> 100 E. Wisconsin Ave., Ste. 3300
> Milwaukee, Wisconsin 53202
> jhmargolies@michaelbest.com
> kwschill@michaelbest.com
> rhmarschall@michaelbest.com
> mjreichenberger@michaelbest.com
> *Counsel for Defendant-Appellee,*
> *Kohler Company*
>
> Aaron T. Olejniczak
> George H. Solveson
> ANDRUS, SCEALES, STARKE & SAWALL, LLP
> 100 E. Wisconsin Ave., Ste. 1100
> Milwaukee, Wisconsin 53202
> aarono@andruslaw.com
> georges@andruslaw.com
> *Counsel for Defendant-Appellee,*
> *Total Energy Systems, LLC*

/s/ Eley O. Thompson
Eley O. Thompson
*Counsel for Plaintiff-Appellant,*
*Generac Power Systems, Inc.*
