# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

2013-1311

GENERAC POWER SYSTEMS, INC.,

*Plaintiff-Appellant*,

v.

KOHLER COMPANY,

*Defendant-Appellee*,

and

TOTAL ENERGY SYSTEMS, LLC,

*Defendant-Appellee*.
_____

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 11-CV-1120, Judge J.P. Stadtmueller presiding.
_____

**DEFENDANT-APPELLEE TOTAL ENERGY SYSTEMS, LLC'S
NOTICE OF JOINDER IN BRIEF OF
DEFENDANT-APPELLEE KOHLER COMPANY**

George H. Solveson
Aaron T. Olejniczak
ANDRUS, SCEALES, STARKE & SAWALL LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Telephone: 414-271-7590
Facsimile: 414-271-5770

*Attorneys for Defendant-Appellee Total Energy Systems, LLC*

## CERTIFICATE OF INTEREST

Counsel for the Appellee, Total Energy Systems, Inc., certifies the following:

1. The full name of every party or amicus represented by me is: Total Energy Systems, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are: Andrus, Sceales, Starke & Sawall, LLP, Aaron T. Olejniczak and George H. Solveson.


Dated: December 9, 2013   /s/ George H. Solveson
                                                        George H. Solveson

Appellee Total Energy Systems, LLC hereby joins in the brief of Appellee Kohler Company. For all of the reasons stated therein, Total Energy Systems respectfully requests that the judgments and orders appealed by Appellant General Power Systems, Inc. be affirmed in all respects.

Dated: December 9, 2013     ANDRUS, SCEALES, STARKE & SAWALL LLP

/s/ George H. Solveson
George H. Solveson
Aaron T. Olejniczak
ANDRUS, SCEALES, STARKE & SAWALL LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Telephone: 414-271-7590
Facsimile: 414-271-5770

*Attorneys for Defendant-Appellee Total Energy Systems, LLC*

## CERTIFICATE OF FILING AND SERVICE

The undersigned certifies that the foregoing was filed with the clerk this 9th day of December, 2013 via CM/ECF.

The undersigned further certifies that copies of the foregoing was served this 9th day of December, 2013 by electronic means (CM/ECF) to the following counsel of record:

    Eley Ogden Thompson
    Michael J. Brandt
    H. Michael Hartmann
    John K. Winn
    Leydig, Voit & Mayer, Ltd.

    Richard Marschall
    Katherine W. Schill
    Melanie J. Reichenberger
    Jonathan H. Margolies
    Michael Best & Friedrich LLP

                  /s/ George H. Solveson
                  George H. Solveson
                  Aaron T. Olejniczak
                  ANDRUS, SCEALES, STARKE & SAWALL LLP
                  100 East Wisconsin Avenue, Suite 1100
                  Milwaukee, WI 53202
                  Telephone: 414-271-7590
                  Facsimile: 414-271-5770